

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-08-271-CV

STATE OFFICE OF RISK MANAGEMENT            APPELLANT

V.

CONSTANCE E. MCKINNEY            APPELLEE

----------

### FROM THE  67TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered "Appellant's Motion To Dismiss Appeal."  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue.  *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.

---

[1] *See* Tex. R. App. P. 47.4.

DELIVERED:  November 20, 2008